# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01206-APG-BNW<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 32] |

I HEREBY ORDER that plaintiff Taha Abouramadan's motion for extension of time **(ECF No. 32) is GRANTED**. The plaintiff shall file a response to defendant State of California's motion to dismiss by December 18, 2020.

DATED this 18th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE