**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAHA ABOURAMADAN, | Case No.: 2:20-cv-01206-APG-BNW |
| Plaintiff | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 35] |
| STATE OF CALIFORNIA, et al., | |
| Defendants | |

I HEREBY ORDER that plaintiff Taha Abouramadan's motion for extension of time **(ECF No. 35) is GRANTED**. The plaintiff shall file a response to defendant Mitchell Silberberg and Knupp, LLP's motion to dismiss by December 22, 2020.

DATED this 24th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE