# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN, | Case No.: 2:20-cv-01206-APG-BNW |
| Plaintiff | **Order Granting Motion for Extension of Time to Respond to Motions to Dismiss** |
| v. | [ECF No. 44] |
| STATE OF CALIFORNIA, et al., | |
| Defendants | |

I HEREBY ORDER that plaintiff Taha Abouramadan's amended motion for extension of time **(ECF No. 44) is GRANTED**.[1]  Abouramadan may file responses to the four pending motions to dismiss (ECF Nos. 14, 16, 20, 24) by February 19, 2021.

DATED this 30th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] This order applies only to responses to the pending motions to dismiss.  Magistrate Judge Weksler will address the parties' motions for reconsideration and to extend time regarding the discovery plan. ECF Nos. 46, 48-51.