# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN, | Case No.: 2:20-cv-01206-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF Nos. 48, 49] |
| STATE OF CALIFORNIA, et al., | |
| Defendants | |

In light of my order extending the deadline for plaintiff Taha Abouramadan to respond to the four pending motions to dismiss (ECF No. 56) and Magistrate Judge Weksler's order on the related motion for clarification (ECF No. 55),

I ORDER that plaintiff Taha Abouramadan's motions for reconsideration **(ECF No. 48)** and to extend time **(ECF No. 49) are DENIED as moot**.

DATED this 2nd day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE