# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01206-APG-BNW<br><br>**Order Granting Defendant Jenny Kao's Motion to Dismiss**<br><br>[ECF No. 61] |

Defendant Jenny Kao filed a motion to dismiss the claims against her. ECF No. 61. Plaintiff Taha Abouramadan has not responded to the motion and the deadline to do so has passed. The motion is supported by good cause.

I THEREFORE ORDER that Defendant Jenny Kao's motion to dismiss **(ECF No. 61) is GRANTED**. The claims asserted in this case against defendant Jenny Kao are dismissed with prejudice.

DATED this 11th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE