UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01206-APG-BNW<br><br>**Order Granting National Basketball Association and The Los Angeles Lakers, Inc's Motion to Dismiss**<br><br>[ECF No. 16] |

Defendants National Basketball Association (erroneously sued as The National Basketball Association, Inc.) and The Los Angeles Lakers, Inc. (collectively, Defendants) filed a motion to dismiss the claims against them. ECF No. 16.  Plaintiff Taha Abouramadan has not responded to the motion, and the deadline to do so has passed despite my giving Abouramadan a significant extension of the original deadline. *See* ECF No. 56.  "The failure of an opposing party to file points and authorities in response to a[] motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d).  And, the motion is supported by good cause.

I THEREFORE ORDER that defendant National Basketball Association (erroneously sued as The National Basketball Association, Inc.) and The Los Angeles Lakers, Inc.'s motion to dismiss **(ECF No. 16) is GRANTED**.  The claims asserted in this case against them are dismissed with prejudice.

DATED this 24th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE