# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01206-APG-BNW<br><br>**Order Granting State of California's Motion to Dismiss**<br><br>[ECF No. 14] |

Defendant State of California filed a motion to dismiss the claims against it. ECF No. 14. Plaintiff Taha Abouramadan has not responded to the motion, and the deadline to do so has passed despite my giving Abouramadan a significant extension of the original deadline. *See* ECF No. 56. "The failure of an opposing party to file points and authorities in response to a[] motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d).  And, the motion is supported by good cause.

I THEREFORE ORDER that defendant State of California's motion to dismiss **(ECF No. 14) is GRANTED**.  The claims asserted in this case against it are dismissed with prejudice.

DATED this 24th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE