**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Taha Abouramadan,<br><br>              Plaintiff,<br><br>   v.<br><br>State of California, et al.,<br><br>              Defendants. | Case No. 2:20-cv-01206-APG-BNW<br><br>**REPORT AND RECOMMENDATION** |

On March 19, 2021, the Court ordered Plaintiff to update his address by April 9, 2021, as recent filings were returned as undeliverable. *See* ECF Nos. 68, 69, 78. The Court further advised Plaintiff that if he did not comply with the Court's order, the Court may recommend dismissing his case. ECF No. 78. Plaintiff has not complied with the Court's order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

1 | objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d
2 | 1153, 1157 (9th Cir. 1991).
3 |       DATED: May 14, 2021

                                                      BRENDA WEKSLER
                                                      UNITED STATES MAGISTRATE JUDGE