UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAHA ABOURAMADAN, | Case No.: 2:20-cv-01206-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF No. 79] |
| STATE OF CALIFORNIA, et al., | |
| Defendants | |

On May 14, 2021, Magistrate Judge Weksler recommended that I dismiss this action without prejudice because plaintiff Taha Abouramadan has failed to update his address as ordered. ECF No. 79. Abouramadan did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 79) is accepted, plaintiff Taha Abouramadan's complaint (ECF No. 1) is DISMISSED without prejudice, and the clerk of court is instructed to close this case.

DATED this 15th day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE